UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STANLEY WASHINGTON,

        Petitioner,                      AMENDED REFERRAL ORDER

                                                      04-CV-6351L(VEB)

    -vs-

SUPERINTENDENT ANTHONY ZON,
Superintendent Wende Correctional Facility,

        Respondent.

_____

      It is hereby ORDERED that the ORDER dated May 17, 2007 (Dkt. # 10), entered in this case on May 18, 2007, is amended as follows:

      The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

      All other provisions of said ORDER remain in full force and effect.

      IT IS SO ORDERED.

                                           _____
                                            DAVID G. LARIMER
                                            United States District Judge

DATED:      August 15, 2007
               Rochester, New York